# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

February 24, 2025

## LETTER ORDER

Re:   **Southey v. Township of Vernon, et al.**
       **Civil Action No. 21-11844 (JXN)**

Dear Counsel:

As discussed during the telephonic hearing held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1. The pending motion by Michael D. DiFazio II, Esq. of the firm DeCotiis, FitzPatrick, Cole & Giblin, LLP seeking leave to withdraw as counsel in this matter for Defendant Emmanuel Rivera ("Rivera") [Dkt. No. 35] is **GRANTED**. Mr. Rivera shall have **thirty (30) days** from the date of this Order to retain new counsel and have such counsel enter a formal appearance in this matter. If no counsel appears, Rivera shall proceed in this matter *pro se*. Mr. DiFazio, Esq. shall serve a copy of this Order on Mr. Rivera via email and certified mail, return receipt requested, by **February 28, 2025**, and shall file proof of such service with the Court.

2. The Court will conduct a telephone status conference with the parties on **April 28, 2025 at 11:30 AM**. Counsel for Plaintiff shall initiate the call.

   **IT IS SO ORDERED.**

   s/ James B. Clark, III
   **JAMES B. CLARK, III**
   **United States Magistrate Judge**