**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

February 23, 2026

## LETTER ORDER

Re:   <u>Southey v. Township of Vernon, et al.</u>
      Civil Action No. 21-11844 (JXN)

Dear Counsel and Defendant:

The telephone conference scheduled in this matter for **February 23, 2026 at 12:00 PM** is adjourned to **March 30, 2026 at 12:00 PM**.

IT IS SO ORDERED.

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**